# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SPRINT CORPORATION,<br><br>      Petitioner,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>      Respondents. | Case No. 24-1224 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES, AND CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 28(a)(1) and this Court's Order of June 27, 2024, Petitioner Sprint Corporation files the following Certificate as to Parties, Rulings, and Related Cases.

**Parties, Intervenors, and *Amici***

The parties in this case are Petitioner Sprint Corporation and Respondents Federal Communications Commission and the United States of America. No intervenors or *amici* have been involved to date.

**Rulings Under Review**

Petitioner seeks review of the Commission's forfeiture order in *In re Sprint Corp.*, File No. EB-TCD-18-00027700, FCC 24-42, which was released on April 29, 2024.

**Related Cases**

The following cases are related: *T-Mobile USA, Inc. v. FCC*, No. 24-1225 (D.C. Cir.); *AT&T, Inc. v. FCC*, No. 24-60223 (5th Cir.); and *Verizon Communications, Inc. v. FCC*, No. 24-1733 (2d Cir.).

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Petitioner Sprint Corporation (now known as Sprint LLC) states that it is a wholly owned subsidiary of T-Mobile USA, Inc., a Delaware corporation, which, in turn, is a wholly owned subsidiary of the publicly traded company T-Mobile US, Inc., a Delaware corporation with its principal place of business in Washington.

Deutsche Telekom Holding B.V., a limited liability company organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc. DT B.V. is a direct, wholly owned subsidiary of T-Mobile Global Holding GmbH, organized and existing under the laws of the Federal Republic of Germany ("Holding"). Holding is a direct, wholly owned subsidiary of T-Mobile Global Zwischenholding GmbH, organized and existing under the laws of the Federal Republic of Germany ("Global"). Global is a direct, wholly owned subsidiary of Deutsche Telekom AG, organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom").

Gibson, Dunn & Crutcher LLP and Perkins Coie LLP represented Sprint Corporation in the agency proceedings under review.

Dated: July 29, 2024

Respectfully submitted,

　/s/ *Helgi C. Walker*　　　　　
Helgi C. Walker
　*Counsel of Record*
Russell B. Balikian
Zachary E. Tyree
Nathaniel J. Tisa
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Petitioner*
*Sprint Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2024, the foregoing was electronically filed with the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will send a notice of filing to all participants in the case who are registered CM/ECF users.

     /s/ Helgi C. Walker
Helgi C. Walker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorney for Petitioner Sprint Corporation*