# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO.  24-1224    2. DATE DOCKETED: 06-27-2024

3. CASE NAME (lead parties only)    Sprint Corporation    v.   Federal Communications Commission

4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes  ☒ No
   If YES, cite statute

6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed:    Federal Communications Commission
   b. Give agency docket or order number(s):    File No. EB-TCD-18-00027700, FCC 24-42
   c. Give date(s) of order(s):    Released April 29, 2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled?    By whom?

      Has the agency acted? ☐ Yes ☒ No  If so, when?

   e. Identify the basis of appellant's/petitioner's claim of standing.  See D.C. Cir. Rule 15(c)(2):
      Petitioner has standing because the FCC's Forfeiture Order imposed a penalty of more than $12
      million on petitioner.

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?

      ☐ Yes  ☒ No If YES, identify case name(s), docket number(s), and court(s)

   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit
      Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?

      ☒ Yes ☐ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      T-Mobile USA, Inc. v. FCC, No. 24-1225 (D.C. Cir.); AT&T, Inc. v. FCC, No. 24-60223 (5th Cir.);
      Verizon Communications, Inc. v. FCC, No. 24-1733 (2d Cir.)

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other
      alternative for dispute resolution? ☐ Yes ☒ No If YES, provide program name and participation dates.

Signature /s/ Helgi C. Walker    Date 07-29-2024

Name of Counsel for Appellant/Petitioner Helgi C. Walker

Address Gibson, Dunn & Crutcher LLP, 1050 Connecticut Ave., N.W. Washington D.C. 20036

E-Mail hwalker@gibsondunn.com    Phone ( 202 ) 955-8500    Fax ( 202 ) 467-0539

## ATTACH A CERTIFICATE OF SERVICE

**Note:**  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so
advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the
challenged statement.

USCA Form 41
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2024, the foregoing was electronically filed with the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will send a notice of filing to all participants in the case who are registered CM/ECF users.

 /s/ Helgi C. Walker

Helgi C. Walker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorney for Petitioner Sprint Corporation*