**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

───────────────────────────────

SPRINT CORPORATION,
                  *Petitioner,*

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA,
                  *Respondents.*

───────────────────────────────

T-MOBILE USA, INC.,
                  *Petitioner,*

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA
                  *Respondents.*

───────────────────────────────

On Petitions for Review of Final Orders
of the Federal Communications Commission

**NOTICE OF INTENT OF THE CHAMBER OF COMMERECE OF THE UNITED STATES OF AMERICA TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PETITIONERS AND FOR VACATUR OF THE FCC'S FORFEITURE ORDERS**

Mariel A. Brookins
  *Counsel of Record*
Maria C. Monaghan
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
(202) 659-6000
mbrookins@USChamber.com

*Counsel for* Amicus Curiae

December 2, 2024

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record certifies that Amicus Curiae The Chamber of Commerce of the United States of America states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. The Chamber has no parent corporation, and no publicly held company has 10% or greater ownership in the Chamber.

December 2, 2024

*/s/* Mariel A. Brookins
Counsel for *Amicus Curiae*

# NOTICE OF INTENT TO FILE *AMICUS* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and D.C. Circuit Rule 29(b), the Chamber of Commerce of the United States of America ("Chamber") respectfully submits notice to the Court of its intent to file an *amicus curiae* brief in the above-captioned cases in support of the Petitioners. All parties to the lead and consolidated cases have consented to Chamber filing an *amicus curiae* brief.

December 2, 2024

                                                Mariel A. Brookins
                                                  *Counsel of Record*
                                              Maria C. Monaghan
                                              U.S. Chamber Litigation Center
                                              1615 H Street, NW
                                              Washington, DC 20062
                                              (202) 659-6000
                                              mbrookins@USChamber.com

                                              *Counsel for* Amicus Curiae

## CERTIFICATE OF SERVICE

I certify that on December 2, 2024, a true and correct copy of this Notice of Intent was filed and served electronically upon all counsel of record registered with the Court's CM/ECF system.

December 2, 2024 /s/ Mariel A. Brookins
Counsel for *Amicus Curiae*