ORAL ARGUMENT NOT YET SCHEDULED
Nos. 24-1224, 24-1225

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SPRINT CORPORATION,

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA,

*Respondents.*

T-MOBILE USA, INC.

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA,

*Respondents.*

On Petition for Review of Forfeiture Orders In

*In re Sprint Corp.*, File No. EB-TCD-18-00027700, FCC 24-42; and
*In re T-Mobile USA, Inc.*, File No. EB-TCD-18-00027702, FCC 24-43

**NOTICE OF INTENT OF THE ELECTRONIC PRIVACY INFORMATION CENTER AND FOUR OTHER ORGANIZATIONS TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF THE FCC'S FORFEITURE ORDERS**

[Counsel listed inside front cover]

January 17, 2025

Alan Butler
Christopher Frascella
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave. NW
Washington, DC 20036
(202) 483-1140
butler@epic.org

Samir Jain
Eric Null
CENTER FOR DEMOCRACY &
TECHNOLOGY
1401 K St NW, Suite 200
Washington, DC 20005
(202) 637-9800

Aaron Mackey
Adam Schwartz
Mario Trujillo
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for* Amici Curiae

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, *amici curiae* the Electronic Privacy Information Center, the Electronic Frontier Foundation, the Center for Democracy and Technology, Privacy Rights Clearinghouse, and Public Knowledge state that they have no parent corporations and that no publicly held corporation owns 10% or more of either of their stock.

*/s/ Alan Butler*
ALAN BUTLER

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to D.C. Circuit Rule 29(b), the Electronic Privacy Information Center, the Center for Democracy & Technology, the Electronic Frontier Foundation, Privacy Rights Clearinghouse, and Public Knowledge respectfully advise the Court that they intend to participate in the above-captioned cases as *amici curiae*, submitting a single brief in support of the Respondents. All parties have consented to the filing of this brief.

January 17, 2025

> */s/ Alan Butler*
> ALAN BUTLER

# CERTIFICATE OF SERVICE

I certify that on January 17, 2025, a true and correct copy of this Notice of Intent was filed and served electronically upon all counsel of record registered with the Court's CM/ECF system.

**Date:** January 17, 2025

*/s/ Alan Butler*
Alan Butler
Christopher Frascella
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave. NW
Washington, DC 20036
(202) 483-1140

*/s/ Samir Jain*
Samir Jain
Eric Null
CENTER FOR DEMOCRACY
& TECHNOLOGY
1401 K St NW, Suite 200
Washington, DC 20005
(202) 637-9800

*/s/ Aaron Mackey*
Aaron Mackey
Adam Schwartz
Mario Trujillo
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for Amici Curiae*
*Electronic Privacy Information Center, the*
*Center for Democracy & Technology,*
*Electronic Frontier Foundation, Privacy*
*Rights Clearinghouse, Public Knowledge*