# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1224                      September Term, 2024

FCC-24-43
FCC-24-42

Filed On: March 11, 2025 [2105092]

Sprint Corporation,

       Petitioner

     v.

Federal Communications Commission and
United States of America,

       Respondents

------------------------------

Consolidated with 24-1225

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for March 24, 2025, at 9:30 A.M.:

        Petitioners            -            15 Minutes

        Respondents           -           15 Minutes

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Henderson, Pan, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 13, 2025.

### Per Curiam

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                  BY:     /s/
                            Michael C. McGrail
                            Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)