# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 24-1224** | **September Term, 2025** |
| | FCC-24-42 |
| | FCC-24-43 |
| | **Filed On:** September 29, 2025 |

Sprint Corporation,

      Petitioner

      v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Consolidated with 24-1225

## O R D E R

Upon consideration of petitioner's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, respondents file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                                  BY:    /s/
                                                  Lillian Wright
                                                  Deputy Clerk