# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SPRINT CORPORATION,<br><br>    *Petitioner*,<br><br>        v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>    *Respondents*. | No. 24-1224 |
| T-MOBILE USA, INC.,<br><br>    *Petitioner*,<br><br>        v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>    *Respondents*. | No. 24-1225 |

On Petitions for Review of Orders of
the Federal Communications Commission

## RESPONDENTS' MOTION FOR STAY IN LIGHT OF LAPSE IN APPROPRIATIONS

Respondents respectfully move this Court for a stay of this proceeding in light of the current lapse in appropriations by Congress. As the Court is likely aware, on October 1, 2025, appropriations funding

significant portions of the federal government, including the Federal Communications Commission ("FCC") and the Department of Justice ("DOJ"), expired.  As of this writing, no further appropriation by Congress has been made.

Absent a further Congressional appropriation, the United States is required to impose significant restrictions on the ability of many of its employees to carry out their ordinary duties.  Specifically, certain DOJ attorneys, agency attorneys, and other employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342. The lapse in appropriations thus requires a substantial reduction in the workforces of the FCC and DOJ, particularly with respect to the defense of civil cases.  This reduction has effectively eliminated the ability of counsel who have worked on and are familiar with this case to handle the litigation while the lapse in appropriations continues.

Under the circumstances, Respondents respectfully request that the Court: (1) stay this proceeding until the restoration of funding to FCC and DOJ; and (2) toll all pending and potential deadlines.  We regret the

necessity of this request and thank the Court for its time and consideration.

Dated: October 1, 2025

Respectfully submitted,

/s/ *Adam L. Sorensen*

D. Adam Candeub
   *General Counsel*

Bradley Craigmyle
   *Deputy General Counsel*

Jacob M. Lewis
   *Associate General Counsel*

Abigail A. Slater
   *Assistant Attorney General*

Adam L. Sorensen
   *Counsel*

Robert B. Nicholson
Matthew A. Waring
   *Attorneys*

FEDERAL COMMUNICATIONS
   COMMISSION

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Ave. NW
Washington, DC 20530

45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent
   United States of America*[1]

*Counsel for Respondent Federal
   Communications Commission*

---

[1] Filed with consent under D.C. Circuit Rule 32(a)(2).

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and D.C. Circuit Rule 32(e)(1):

   ☒ this document contains <u>237</u> words, *or*

   ☐ this document uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, *or*

   ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

/s/ *Adam L. Sorensen*
Adam L. Sorensen
*Counsel for Respondent*
*Federal Communications Commission*
