# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1224**　　　　　　　　　　　　　　**September Term, 2025**

**FCC-24-42**
**FCC-24-43**

**Filed On:** October 14, 2025

Sprint Corporation,

　　　　Petitioner

　　v.

Federal Communications Commission and
United States of America,

　　　　Respondents

------------------------------

Consolidated with 24-1225

　　**BEFORE:**　Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

　　Upon consideration of respondents' motion for stay in light of lapse of appropriations, it is

　　**ORDERED** that the motion be granted. This proceeding is stayed until funding to FCC and DOJ is restored, and all pending and potential deadlines are tolled.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　Deputy Clerk