# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1224                                September Term, 2025

**FCC-24-42**

**Filed On:** January 23, 2026

Sprint Corporation,

       Petitioner

       v.

Federal Communications Commission and
United States of America,

       Respondents

------------------------------

Consolidated with 24-1225

      **BEFORE:**    Henderson, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of petitioners' petition for panel rehearing filed on September 22, 2025, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                                 BY:    /s/
                                               Daniel J. Reidy
                                             Deputy Clerk