No. 24-1224          September Term, 2025

FCC-24-42
FCC-24-43

**Filed On:** January 23, 2026

Sprint Corporation,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

Consolidated with 24-1225

    **BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

# O R D E R

Upon consideration of petitioners' consolidated petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote; and the motions for invitation to file briefs as *amicus curiae* in support of the petition for panel rehearing and rehearing en banc, the lodged briefs, and the 28(j) letter and the response thereto, it is

**ORDERED** that the motions for invitation to file briefs as *amicus curiae* be granted. The Clerk is directed to file the lodged briefs. It is

**FURTHER ORDERED** that the petition for rehearing en banc be denied.

## Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
           Daniel J. Reidy
           Deputy Clerk