# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1224** **September Term, 2025**

**FCC-24-43**
**FCC-24-42**

**Filed On: February 3, 2026** **[2157375]**

Sprint Corporation,

Petitioner

v.

Federal Communications Commission and
United States of America,

Respondents

------------------------------

Consolidated with 24-1225

**M A N D A T E**

In accordance with the judgment of August 15, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed August 15, 2025