# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 26, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

>  Re:  Sprint Corporation, nka Sprint LLC, et al.
>        v. Federal Communications Commission, et al.
>        No. 25-1422
>        (Your No. 24-1224, 24-1225)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 22, 2026 and placed on the docket June 26, 2026 as No. 25-1422.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst